# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Civil Case No. 7:01cv00383** |
| | ) | **Criminal Case No. 7:97cr00024-4** |
| | ) | |
| **v.** | ) | <u>**2255 FINAL ORDER**</u> |
| | ) | |
| **RAYED FAWZI ABED,** | ) | **By: Michael F. Urbanski** |
| **Petitioner.** | ) | **United States District Judge** |

In accordance with the memorandum opinion entered this day, it is **ORDERED** and **ADJUDGED** that Abed's motion (Docket No. 18) is **CONSTRUED** as a motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, and the Clerk is **DIRECTED** to **DOCKET** it as such; the § 2255 motion is **DISMISSED without prejudice** as successive; Abed's request for appointment of counsel (Docket No. 19) is **DENIED**; and the case is **STRICKEN** from the active docket.

Further, the court finds that Abed has not made the requisite showing of the substantial denial of a constitutional right as required by 28 U.S.C. § 2253(c) and, therefore, a certificate of appealability is **DENIED**.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner.

Entered:  October 21, 2014

*Michael F. Urbanski*

Michael F. Urbanski
United States District Judge